## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Kramer, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CenturyLink, Inc., CenturyTel Broadband Services, LLC, CenturyLink Communications, LLC, CenturyLink Public Communications Inc., CenturyLink Sales Solutions, Inc., CenturyTel of Minnesota, Inc., PTI Communications of Minnesota, Inc., Embarq Minnesota Inc., Qwest Broadband Services, Inc., and Qwest Corporation.<br><br>            Defendants. | Case No.: 0:17-CV-05001 (MJD/KMM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), and Amended Case Management Order No. 3 (Dkt. No. 29), Plaintiff Anthony Kramer by and through his undersigned counsel, hereby files this notice of voluntary dismissal in the above-captioned action without prejudice. Defendants have not filed answers or motions for summary judgment with respect to Plaintiffs' complaint or the Consolidated Class Action Complaint ("CCAC") filed on February 15, 2018, in *In Re: CenturyLink Sales Practices and Securities Litigation,* MDL No. 17-2795 (Dkt. No. 38).

Plaintiff reserves the right to proceed in this MDL matter, as an absent class member.

2

Dated:   May 23, 2018                           Respectfully submitted,

*s/ Michelle J. Looby*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
David A. Goodwin (#386715)
Michelle J. Looby (#0388166)
Ling S. Wang (#399447)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email:   dgustafson@gustafsongluek.com
             dhedlund@gustafsongluek.com
             dgoodwin@gustafsongluek.com
             mlooby@gustafsongluek.com
             lwang@gustafsongluek.com

***Attorneys for Plaintiff***